Joseph H. Nanney, Jr. (N.C. Bar No. 18355)
joe@mnlaw-nc.com
MEYNARDIE & NANNEY, PLLC
101 Glen Lennox Drive, Suite 300
Chapel Hill, NC 27517
Telephone: (919) 747-7374
Fax: (919) 891-0006

REID E. DAMMANN (SBN 249031)
rdammann@grsm.com
QUYEN THI LE (SBN 271692)
qle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5065
Facsimile: (213) 680-4470

Attorneys for Defendant
ALLIED MODULAR BUILDING SYSTEMS, INC.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

PORTA-FAB CORPORATION,

Plaintiff,

v.

ALLIED MODULAR BUILDING SYSTEMS, INC.,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. 8:23-cv-00593-JLS-DFM

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

Trial: January 16, 2024
Judge: Hon. Josephine L. Staton

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order on January 4, 2024 (Dkt. 77), Plaintiff and Counter-Defendant PORTA-FAB CORPORATION ("PORTA-FAB") and Defendant and Counter-Claimant ALLIED MODULAR BUILDING SYSTEMS, INC. ("ALLIED") (collectively "Parties"), jointly, hereby inform the Court that the Parties completed mediation on December 18, 2023 with neutral Gail Title of ADR Services, Inc.

The Parties further advise this Court that the Parties have resolved this matter per the execution of a Settlement Agreement on December 18, 2023. The Parties request that the Court vacate all upcoming deadlines, hearings, and the January 16, 2024 trial, while the performance of the settlement terms are effectuated.

Once all terms of the settlement are completed and payment is received by PORTA-FAB, the Parties shall file an executed Joint Stipulation of Dismissal of the entire action with prejudice.

Dated: January 5, 2024

Respectfully Submitted,

SCHULTZ & ASSOCIATES LLP

By: *_/s/ Robert Schultz_*
Robert Schultz (admitted *pro hac vice*)
Attorneys for Plaintiff and Counter-Defendant PORTA-FAB CORPORATION

Dated: January 5, 2024

ORSUS GATE LLP

By: *_/s/ Nabil Bisharat_*
Denis Shmidt
Nabil Bisharat
Jonathan Francis
Attorneys for Plaintiff and Counter-Defendant PORTA-FAB CORPORATION

Dated: January 5, 2024

MEYNARDIE & NANNEY, PLLC

By: */s/ Joseph H. Nanney*
Joseph H. Nanney, Jr. (admitted *pro hac vice*)
Attorneys for Defendant and Counter-Claimant ALLIED MODULAR BUILDING SYSTEMS, INC.

Dated: January 5, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Quyen Thi Le*
Reid E. Dammann
Quyen Thi Le
Attorneys for Defendant and Counter-Claimant ALLIED MODULAR BUILDING SYSTEMS, INC.

**ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Quyen Thi Le*
Quyen Thi Le

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor