Denis Shmidt (CA Bar No. 267987)
dshmidt@orsusgate.com
Nabil Bisharat (CA Bar No. 270305)
nbisharat@orsusgate.com
Jonathan Francis (CA Bar No. 307722)
jfrancis@orsusgate.com
ORSUS GATE LLP
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (415) 326-3558

Robert Schultz (MO Bar No. 35329) (*admitted pro hac vice*)
rschultz@sl-lawyers.com
SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone: (636) 537-4645
Facsimile: (636) 537-2599

*Attorneys for Plaintiff and Counter-Defendant*
*Porta-Fab Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTA-FAB CORPORATION,<br>   Plaintiff,<br><br>vs.<br><br>ALLIED MODULAR BUILDING SYSTEMS, INC.,<br>   Defendant.<br><br>ALLIED MODULAR BUILDING SYSTEMS, INC.,<br>   Counter-Claimant,<br><br>vs.<br><br>PORTA-FAB CORPORATION,<br>   Counter-Defendant. | Case No. 8:23-cv-00593-JLS-DFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Porta-Fab Corporation and Defendant Allied Modular Business Systems, Inc., pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), hereby dismiss, with prejudice, this case and all the claims made in this case. Each party shall bear their own costs.

Dated: January 8, 2024　　SCHULTZ & ASSOCIATES, LLP

By: /s/ Robert Schultz
Robert Schultz (admitted pro hac vice)
Attorneys for Plaintiff and Counter-Defendant
PORTA-FAB CORPORATION

Dated: January 8, 2024　　ORSUS GATE, LLP

By: /s/ Nabil Bisharat
Nabil Bisharat
Attorneys for Plaintiff and Counter-Defendant
PORTA-FAB CORPORATION

Dated: January 8, 2024　　MEYNARDIE & NANNEY, PLLC

By: /s/ Joseph H. Nanney
Joseph H. Nanney, Jr. (admitted pro hac vice)
Attorneys for Defendant and Counter-Claimant
ALLIED MODULAR BUILDING SYSTEMS, INC.

Dated: January 8, 2024　　GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Quyen Thi Le
Quyen Thi Le
Attorneys for Defendant and Counter-Claimant
ALLIED MODULAR BUILDING SYSTEMS, INC.

# **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on January 8, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: */s/ Jonathan Francis*
Jonathan Francia